1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RELETHEA E. DAVIS** | Case No. CIV-08-2096 EFB |
| **Plaintiff,** | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. | |
| **MICHAEL J. ASTRUE** **Commissioner of Social Security** **of the United States of America,** | |
| **Defendant.** | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from February 17, 2009 to April 17, 2009.  This is Plaintiff's first extension and is required due to Plaintiff's counsel's extremely heavy briefing schedule through March of  2009.

////

////

////

1

1  Dated: February 17, 2009          */s/Bess M. Brewer*
                                     BESS M. BREWER
2                                    Attorney at Law

3                                    Attorney for Plaintiff

4

5
   Dated: February 17, 2009          Lawrence G. Brown
6
                                     Acting United States Attorney
7
                                     /s/ *Odell Grooms*
8                                    ODELL GROOMS

                                     Special Assistant U.S. Attorney
9                                    Social Security Administration

10                                   Attorney for Defendant

11

12                          **ORDER**

13 APPROVED AND SO ORDERED.

14 DATED: February 18, 2009.

15                                   _____
                                     EDMUND F. BRENNAN
16                                   UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

2