BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RELETHEA E. DAVIS** | Case No. CIV-08-2096 EFB |
| **Plaintiff,** | STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT |
| v. | |
| **MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,** | |
| **Defendant.** | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from April 17, 2009 to April 29, 2009. This extension is required due to plaintiff's counsel's extremely heavy briefing schedule. Counsel had five briefs scheduled for the week of April 12th through April 17th and requires additional time within which to complete the summary judgment in the above referenced case.

////

////

////

1

| | | |
|---|---|---|
| Dated: April 15, 2009 | | */s/Bess M. Brewer* <br> BESS M. BREWER <br> Attorney at Law |

Attorney for Plaintiff

Dated: April 15, 2009  Lawrence G. Brown

Acting United States Attorney

/s/ *Odell Grooms*
ODELL GROOMS

Special Assistant U.S. Attorney
Social Security Administration

Attorney for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: April 20, 2009.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE