BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
ODELL GROOMS
Special Assistant United States Attorney

   333 Market Street, Suite 1500
   San Francisco, California 94105
   Telephone: (415) 977-8936
   Facsimile: (415) 744-0134
   E-Mail: odell.grooms@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| RELETHEA E. DAVIS,<br><br>    Plaintiff,<br><br>      v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 2:08-cv-02096-EFB<br><br>**STIPULATION AND ORDER SETTLING ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)** |

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of THREE THOUSAND TWO HUNDRED NINETY NINE DOLLARS AND THIRTY SIX CENTS ($3,299.36). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

    After the Court issues an order for EAJA fees and expenses to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney. Pursuant to Astrue v. Ratliff, – S.Ct. – , 2010 WL 2346547 (U.S. June 14, 2010), the ability to honor the

1 assignment will depend on whether the fees and expenses are subject to any offset allowed under the
2 United States Department of the Treasury's Offset Program.  After the order for EAJA fees and
3 expenses is entered, the government will determine whether they are subject to any offset.

4     Fees and expenses shall be made payable to Plaintiff, but if the Department of the Treasury
5 determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of
6 fees and expenses to be made directly to Bess M. Brewer, pursuant to the assignment executed by
7 Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel.

8     This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees
9 and expenses, and does not constitute an admission of liability on the part of Defendant under the EAJA.
10 Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims
11 that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses in
12 connection with this action.

13     This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act
14 attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

15
16     Respectfully submitted,
17
18 Dated: July 29, 2010        By: */s/ Bess M. Brewer*
19                 BESS M. BREWER
                   (via email authorization)
20                 Attorney for Plaintiff
21
22 ////
23 ////
24 ////
25 ////
26 ////
27 ////
28 ////

Dated: July 29, 2010

                BENJAMIN B. WAGNER
United States Attorney

By:   */s/ Odell Grooms*
ODELL GROOMS
Special Assistant United States Attorney
Attorneys for Defendant, Commissioner of
 Social Security

**ORDER**

**APPROVED AND SO ORDERED.**

DATED:  August 3, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

3